TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:   (702) 382-8135

*Attorneys for Plaintiff*
*SHFL entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVALINX, INC., an Ohio limited liability company,<br><br>Defendant. | Case No.  2:12-cv-01042-JCM-CWH<br><br>**STIPULATION AND<br>ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

Plaintiff SHFL entertainment, Inc. ("Plaintiff"), by and through its attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant Avalinx, Inc. ("Defendant"), by and through its attorneys of record, the Law Offices of John A. Curtas, hereby submit this Stipulation and Order to Dismiss Case Without Prejudice, and in support thereof stipulate and agree as follows:

WHEREAS, Plaintiff initiated the above-referenced case, *SHFL entertainment, Inc. v. Avalinx, Inc.*, Case No. 2:12-cv-01042-JCM-CWH ("Nevada Action") by filing its Complaint for Damages and Injunctive Relief ("Complaint") on June 19, 2012.  Defendant was served with the Summons and Complaint on June 21, 2012;

WHEREAS, Defendant filed its Answer to Complaint on January 3, 2013;

WHEREAS, Plaintiff and Defendant are currently parties to an action pending in the United States District Court for the Central District of California, entitled *SHFL entertainment, Inc. v. Avalinx, Inc.* Case No. 2:12-cv-07473 DSF (MRWx) ("California Action");

WHEREAS, the parties have agreed to dismiss the Nevada Action without prejudice and litigate the claims raised in the Nevada Action in California;

WHEREAS, on January 16, 2013, the parties filed a Stipulation to File First Amended Complaint in the California Action, to amend the Complaint in the California Action so that it includes the claims raised in the Nevada Action;

WHEREAS, on January 17, 2013, the First Amended Complaint was filed in the California Action, including among other claims the claims raised in the Nevada Action;

WHEREAS, each party reserves the right to seek attorneys' fees and costs for the Nevada Action at the conclusion of the California Action;

IT IS THEREFORE STIPULATED AND AGREED between Plaintiff and Defendant that the Court enter an order dismissing the Nevada Action in its entirety, without prejudice, and with the understanding that the claims in the Nevada Action will continue to be litigated in the California Action.

DATED this 30th day of January, 2013.

BY: /s/ Laura E. Bielinski
TAMARA BEATTY PETERSON
Nevada Bar No. 5218
tpeterson@bhfs.com
LAURA E. BIELINSKI
Nevada Bar No. 10516
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:    (702) 382-8135
*Attorneys for Plaintiff
SHFL entertainment, Inc.*

DATED this 30th day of January, 2013.

BY: /s/ John A. Curtas
JOHN A. CURTAS, ESQ.
Nevada Bar No. 1841
john@curtaslaw.com
LAW OFFICES OF JOHN A. CURTAS
3275 South Jones Boulevard, Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Defendant Avalinx, Inc.*

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Case No. 2:12-cv-01042-JCM-CWH is dismissed in its entirety, WITHOUT PREJUDICE;

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties' right to seek attorneys' fees and costs for the Nevada Action at the conclusion of the California Action is hereby preserved.

DATED: February 1, 2013

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

    BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Laura E. Bielinski
    Tamara Beatty Peterson (# 5218)
    Laura E. Bielinski (# 10516)
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada  89106-4614
    *Attorneys for Plaintiff*
    *SHFL entertainment, Inc.*